

ORDERED in the Southern District of Florida on January 21, 2014.

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| WILLIAM FLEMING BURBANK, IV, | : | CASE NO. 13-36457-EPK |
| | : | |
| Debtor. | : | |

**AGREED ORDER GRANTING UNITED STATES TRUSTEE'S MOTION FOR ORDER FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS UNDER 11 U.S.C. §707(b)(3) AND FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE PURSUANT TO 11 U.S.C. §727**

This matter came before the Court on the U.S. Trustee's Motion for Extension of Time to File Motion to Dismiss Under 11 U.S.C. §707(b)(3) and For Extension of Time Object to Discharge Pursuant to 11 U.S.C. §727. Upon review and consideration of the file and upon consent of the parties, it is hereby

ORDERED, that the U.S. Trustee's Motion is GRANTED and the time period under which the U.S. Trustee have to file a motion to dismiss pursuant to 11 U.S.C. §707(b)( 3) and a

complaint objecting pursuant to 11 U.S.C. §727 shall be extended until February 21, 2014.

####

Prepared and Presented by:
Heidi A. Feinman
Trial Attorney, U.S. Trustee's Office


xc: U.S. Trustee
The U.S. Trustee is directed to serve copies of this order on the appropriate parties.